**Nos. 26-2029, 26-2031**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in the official capacity as president of the United States; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Acting U.S. Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the United States Department of Homeland Security; UNITED STATES SOCIAL SECURITY ADMINISTRATION; FRANK BISIGNANO, in the official capacity as Commissioner of the United States Social Security Administration; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General and Chief Executive Officer of the Postal Service; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK T. KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the District of Massachusetts

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEFS

The federal defendants respectfully move for a 30-day extension of time, to and including Wednesday, December 2, 2026, of the deadline for the opening briefs in these appeals. In support of this motion, the federal defendants further state as follows:

1. This appeal concerns a challenge to a preliminary injunction granted by the district court to prevent the enforcement of the U.S. Postal Service's final rule establishing guidelines for the use of the mails for absentee ballots. The opening briefs for the federal defendants and the intervenor-defendants are currently due November 2, 2026, no previous extensions of time having been sought.

2. The federal government hereby moves for a 30-day extension of the opening brief deadline for all appellants in these consolidated appeals, to and including Wednesday, December 2, 2026.

3. An extension of time is necessary because of the competing commitments of counsel. Ms. Laura Myron is the attorney with primary responsibility for this matter. In addition to this case, Ms. Myron has been occupied with the following matters with recent and upcoming deadlines: *League of United Latin American Citizens v. Executive Office of the President*, Nos. 25-5476 and consolidated cases (D.C. Cir.) (opening brief filed Oct. 14, 2026); *Lee v. Trump*, No. 26-7052 (D.C. Cir.) (reply brief due Oct. 30, 2026); *Bordbar v. Trump*, No. 25-1258 (D.C. Cir.) (oral argument to be presented Nov. 3, 2026), and *Husch Blackwell v. Dep't of Commerce*, No. 26-5173 (D.C. Cir.) (response brief due Nov. 9,

2026). Ms. Myron also underwent surgery on September 8, 2026, and was out of the office on medical leave for several weeks following the procedure.

4. Brad Hinshelwood is the attorney with supervisory responsibility over this case. Mr. Hinshelwood is responsible for several other matters with upcoming deadlines, including *In re Neiyerver Leon Rengel*, No. 26-8006 (D.C. Cir.) (opposition to petition for interlocutory appeal due Oct. 19, 2026); *QueerDoc PLLC v. U.S. Department of Justice*, No. 25-7384 (9th Cir.) (response to petition for rehearing due Oct. 21, 2026); *Roemen v. United States*, No. 25-2036 (8th Cir.) (oral argument to be presented Oct. 22, 2026); *Texas v. Oz*, No. 25-40766 (5th Cir.) (oral argument to be presented Nov. 2, 2026); *Marion County v. Kotek*, No. 26-1874 (9th Cir.) (response brief due Nov. 4, 2026); *Guertin v. United States*, No. 26-5033 (D.C. Cir.) (oral argument to be presented Nov. 5, 2026); *Estate of Mellon-Reppen v. United States*, No. 26-1495 (opening brief due Nov. 5, 2026). Mr. Hinshelwood was also out of the office on previously scheduled leave from October 5-13.

5. We have consulted with counsel for all parties, and they do not oppose this motion.

Respectfully submitted,

BRAD HINSHELWOOD

*/s/ Laura E. Myron*
LAURA E. MYRON
JENNIFER UTRECHT
Attorneys, Appellate Staff
Civil Division, Room 7228
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-1754

OCTOBER 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this notice complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 450 words, according to the count of Microsoft Word.

*/s/ Laura E. Myron*
LAURA E. MYRON