# United States Court of Appeals
## For the First Circuit

Nos. 26-2029
26-2030
26-2031
26-2032

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEVADA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania; LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS; LEAGUE OF WOMEN VOTERS LOTTE E. SCHARFMAN MEMORIAL EDUCATION FUND; LEAGUE OF WOMEN VOTERS OF THE UNITED STATES; LEAGUE OF WOMEN VOTERS EDUCATION FUND; ASSOCIATION OF AMERICANS RESIDENT OVERSEAS; U.S. VOTE FOUNDATION; OCA-ASIAN PACIFIC AMERICAN ADVOCATES; DELTA SIGMA THETA SORORITY, INC.,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES POSTAL SERVICE; DAVID STEINER, in the official capacity as Postmaster General, Chief Executive Officer of the Postal Service, and Member of the Postal Service Board of Governors; DOUG TULINO, in the official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; AMBER MCREYNOLDS, in the official capacity as Chair of the Postal Service Board of Governors; DEREK KAN, in the official capacity as Vice Chairman of the Postal Service Board of Governors; RONALD STROMAN, in the official capacity as a Member of the Postal Service Board of Governors; DANIEL TANGHERLINI, in the official capacity as a Member of the Postal Service Board of Governors, DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as the Secretary of the Department of Homeland Security; SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of the Social Security Administration; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services, STATE OF MISSOURI; STATE OF INDIANA; STATE OF MONTANA; STATE OF LOUISIANA; STATE OF KANSAS; STATE OF NEBRASKA; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF TEXAS; STATE OF OKLAHOMA; STATE OF SOUTH

DAKOTA; STATE OF SOUTH CAROLINA,

Defendants - Appellants.

---

**ORDER OF COURT**

Entered: October 29, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants State of Missouri, State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, and State of Texas to file a brief and appendix be enlarged to and including **December 2, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Benjamin Andrew Abrams, Leah C. Aden, Hassan Ahmad, Vanessa Arslanian, Anna Marks Baldwin, Ejaz H. Baluch Jr., Cody S. Barnett, Noah Baron, Allen Barr, James A. Barta, Samantha Bateman, Peter Baumann, Angela Behrens, Anne P. Bellows, Inga S. Bernstein, Richard D. Bernstein, Joshua Paul Bohn, Alexander Barrett Bowdre, Jacob Boyer, Tillman J. Breckenridge, Malcolm Andreas Brudigam, Monroe David Bryant Jr., Julia S. Canney, Louis Joseph Capozzi III, Thomas H. Castelli, Gerard J. Cedrone, Adriel I. Cepeda Derieux, Ming Cheung, Jared B. Cohen, Michael Surren Cohen, Bailey Colfax, Christian B. Corrigan, John Spencer Cusick, David M.S. Dewhirst, Vikas Didwania, Lisa Catherine Ehrlich, Norman Larry Eisen, Colleen K. Faherty, Rayford A. Farquhar, Ian Fein, Kaliko'oānlani Diara Fernandes, Michael J. Fischer, Grant Michael Flynn, Kyle R. Freeny, Andrew B. Garber, Garry M. Gaskins II, Abraham R. George, Charlotte Gibson, Benjamin S. Gilberg, Neil Giovanatti, Seth Goldstein, James Grayson, Ruth M. Greenwood, Karen J. Hartman-Tellez, Brandon Michael Hayes, Tera M. Heintz, Alex Hemmer, Ethan Herenstein, Bradley Hinshelwood, William Miles Hughes, Kiel Ireland, Sejal S. Jhaveri, Ryan P. Kane, Kara M. Karlson, Vanessa L. Kassab, Megan C. Keenan, David C. Kravitz, Sophia Lin Lakin, Justin Lam, Danielle Marie Lang, Theresa J. Lee, Ian R. Liston, Donald Campbell Lockhart, Phoebe Lockhart, Lynn Kristine Lodahl, Jeffrey A. Mandell, Jonathan B. Mangel, Emanuel McCray, Lindsey E. Middlecamp, Graham Miller, Jonathan Benjamin Miller, Tracy A. Miner, Daniel Paul Mosteller, Aseem Mulji, Ana Isabel Muñoz, Rabia Muqaddam, Maura Bridget Murphy, Meghan Musso, Laura Myron, Thomas Patterson, John Michael Patton, Aaron Daniel Pennekamp, Molly Petchenik, Clayton Pierce, Yevgeniy Pilipovskiy, Douglas Maynard Poland, Ian D. Prior, Kevin Lee Quade, Karthik Pottipati Reddy, James R. Rodriguez, Isabel Sara Rohani, Megan Rok, Davin McKay Rosborough, Jessie J. Rossman, David A. Russcol, Suzanne Schlossberg, Cristina Sepe, Robert

William Setrakian, Niyati Shah, Sophia Shams, Karl D. Smith, Kelsey L. Smith, Rachel Elizabeth Snyder, Joseph David Spate, Shannon Wells Stevenson, Eliza Sweren-Becker, Nancy A. Temple, Katherine Thompson, Syreeta Tyrell, Jennifer Utrecht, Judith N. Vale, Michael Velchik, Wendy Weiser, Virginia Anne Williamson, Brenda Wright